840 A.2d 258

REGENT CARE CENTER, INC., PLAINTIFF–PETITIONER, v. CITY OF HACKENSACK, DEFENDANT–RESPONDENT.

December 11, 2003.

Denied.